STATE OF NEW JERSEY, EX REL. G. & G. REALTY COMPANY, A CORPORATION OF NEW JERSEY, RELATOR, v. JOHN G. SCOTT, BUILDING INSPECTOR OF THE CITY OF EAST ORANGE, AND THE CITY OF EAST ORANGE, RESPONDENTS.

Submitted January 28, 1927—Decided May 13, 1927.

**Zoning—Stores and Apartments—Case Within Rule in Nutley Case.**

On application for *mandamus*. On demurrer to return to an alternative writ.

Before GUMMERE, CHIEF JUSTICE, and Mr. Justice TRENCHARD.

For the relator, *Zucker & Goldberg* (*Maurice J. Zucker,* of counsel).

For the respondents, *Walter C. Ellis.*

PER CURIAM.

The relator is the owner of a tract of land in the city of East Orange. He applied to the building inspector for a permit for the erection of a building containing three stores on the first floor and two apartments on the second floor.

The building inspector refused the application upon the sole ground that the zoning ordinance in force forbids the erection of stores and apartments on the said premises, the property being located in what is known as the small volume residence district.

We think that the case is controlled by the case of *State* v. *Nutley,* 99 *N. J. L.* 389. That case in the Court of Errors and Appeals is binding on this court in the absence of modification by that court, and as yet there has been none.

The relator is entitled to judgment, with costs, and a peremptory writ will issue.